ground that the conveyance was made for the purpose of defrauding plaintiff, a judgment creditor, and hindering and delaying collection of his judgment. The Appellate Division held that undisputed evidence showed the conveyance was made for a good and sufficient consideration and that the conclusion of the trial court that it was made for the purpose of hindering and delaying creditors was unsupported by the evidence.

*Robert B. Knowles* and *Leonard L. Barrett* for appellant.

*J. Ard Haughwout, Arthur G. H. Power, Jr.,* and *Leverett J. Luce* for respondent.

Judgment affirmed, with costs; **no opinion.**

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* EUGENE SANTINI, Respondent.

*Crimes — manslaughter in second degree — erroneous comment in charge as to punishment that might or might not be inflicted should defendant be found guilty.*

*People* v. *Santini,* 221 App. Div. 139, affirmed.

(Argued October 25, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1927, which reversed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree and granted a new trial. The Appellate Division reversed on the ground that the trial court erred in commenting in his charge upon the punishment that might or might not be inflicted should defendant be found guilty.

*John E. McGeehan, District Attorney (George B. De Luca, Herman J. Fliederblum* and *Albert H. Henderson* of counsel), for appellant.

*Louis Susman* and *Samuel Goldstein* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MORRIS REHMER, Respondent, *v.* PETER P. CAPPEL, Doing Business as NEW YORK JEWELERS EXCHANGE, Appellant.

*Bailment — action to recover for loss of jewelry placed in compartment of safe maintained by defendant.*

*Rehmer* v. *Cappel*, 219 App. Div. 814, affirmed.

(Submitted October 26, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for loss of property of plaintiff alleged to have been left in defendant's possession. Defendant rented out space in his building to individual jewelers and maintained a large safe with individual boxes having separate combination locks, which boxes were rented to his tenants. Plaintiff, a tenant, deposited jewelry in one of these boxes and claimed that when he opened it his property had disappeared, having been stolen as a result of defendant's negligence.

*W. N. Seligsberg, Clarence M. Lewis* and *Donald Marks* for appellant.

*Maxwell Slade* and *David H. Slade* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.